IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 1:19 CR 336 |
| SIMON A. PARRISH, | ) | |
| | ) | CASE NO. _____ |
| Defendant. | ) | Title 18, United States Code, Section 1711 |

JUDGE OLIVER

COUNT 1
(Misappropriation of Postal Funds Valued Over $1,000, 18 U.S.C. § 1711)

The Grand Jury charges:

Through on or about July 3, 2018 and November 1, 2018, in the Northern District of Ohio, Eastern Division, Defendant SIMON PARRISH, an employee of the United States Postal Service ("USPS") who worked at the front counter of the USPS branch in Westlake, Ohio, did convert to his own use and fail to remit, deposit, and turn over, money that came under his control during the course of his USPS duties, to wit: Defendant embezzled over $1,000 by fraudulently underreporting the number of stamps he sold to USPS customers and then keeping the excess cash proceeds for himself, in violation of Title 18, United States Code, Section 1711.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.